Kristin Zilberstein, Esq., (SBN 200041)
Jennifer R. Bergh, Esq., (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: KZilberstein@ghidottilaw.com

Attorneys for Creditor
U.S. Bank Trust National Association as Trustee of the Bungalow Series III Trust, its successors and assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| In re: | Case No. 18-41947 |
|---|---|
| Billy James Phillips | |
| Debtor. | Chapter 13 |
| | **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| | Honorable William J. Lafferty |
| | Meeting of Creditors |
| | DATE: October 4, 2018 |
| | TIME: 9:00 a.m. |

//
//
//

TO THE HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, HIS ATTORNEY OF RECORD AND THE CHAPTER 13 TRUSTEE, MARTHA G. BRONITSKY:

COMES NOW U.S. Bank Trust National Association Igloo Series III Trust ("**Creditor**"), a secured creditor of the above-named Debtor, and files the within Opposition ("**Opposition**") to the confirmation of the Debtor's Billy James Phillips ("**Debtor**") Chapter 13 Plan (the "**Plan**").

## I.

## STATEMENT OF FACTS

1. On or about March 26, 2007 Debtor, for valuable consideration, made, executed and delivered to World Savings Bank, FSB, a Note (the "**Note**") with an original principal balance in the amount of $250,000.00 (the "**Loan**").

2. Said Note is secured by a Deed of Trust ("**Deed of Trust**"), which encumbers the real property commonly known as 2248 E 22nd St, Oakland, CA 94606 (the "**Property**") dated March 26, 2007, and recorded April 13, 2007 as Document No.: 2007-142773 in the Official Records of Alameda County, California, naming World Savings Bank, FSB as the Beneficiary.

3. All rights, title, and interests in the Note and Deed of Trust were thereafter assigned to SRP 2013-9 Funding Trust.

4. Creditor holds all rights, title and interests in the Note and Deed of Trust.

5. On or about August 22, 2018, Debtor filed a voluntary Petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court, Northern District of California, Case No.: 18-41947 (the "**Instant Petition**").

6. On or about August 22, 2018, the Debtor filed a Chapter 13 Plan on August 22, 2018 in which Debtor proposes to cure arrears in the amount of $36,363.08, and tender direct payments to Creditor.

7. The total arrears owed to Creditor total no less than $61,977.05 as will be reflected on Creditor's timely filed proof of claim.

8. The post-petition payment owed to Creditor is no less than $1,679.60.

9. The total principal balance owed to Creditor totals no less than $331,426.00.

I.

**ARGUMENT**

Application of the provisions of *11 United States Code Section 1325* determines when a Plan shall be confirmed by the Court. Based on the foregoing, as more fully detailed below, the Plan cannot be confirmed as proposed because the Plan does not comply with the provisions of Chapter 13 of the United States Bankruptcy Code.

**A. IMPERMISSIBLY MODIFIES CREDITOR'S RIGHTS**
11 U.S.C. §1322(b)(2)

The Plan modifies the rights of a creditor whose claim is secured only by a security interest in real property that is Debtor's principal residence in violation of 11 U.S.C. §1322(b)(2) by: not providing for cure of all of Creditor's arrears. The Debtor's Plan does not provide for the cure of Creditor's arrears in full. The Debtor must provide for the cure of Creditor's arrears in full, in the amount of $61,977.05.

**B. PROMPT CURE OF PRE-PETITION ARREARS**
11 U.S.C. §1322 (d)

The pre-petition arrears owed to Creditor are no less than $61,977.05. In order to cure the Creditor's pre-petition arrears in sixty (60) months as proposed, Debtor's monthly plan

payment to Creditor must total no less than $1,032.95.  Debtors' Plan understates the amount owed to Creditor.  Therefore, Debtor's Plan fails to provide for prompt cure of Creditor's pre-petition arrears.

    WHEREFORE, Creditor objects to confirmation of the Plan and requests as follows:

        a.    The Plan be denied confirmation and the case be dismissed.

DATED:  September 27, 2018        THE LAW OFFICES OF MICHELLE GHIDOTTI

By: /s/ Kristin Zilberstein Esq.
Kristin Zilberstein, Esq.
Attorney for U.S. Bank Trust National Association
as Trustee of the Bungalow Series III Trust

| | |
|---|---|
| 1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837) |
| 2 | Kristin A. Zilberstein (SBN 200041) |
|   | Jennifer R. Bergh, Esq. (SBN 305219) |
| 3 | LAW OFFICES OF MICHELLE GHIDOTTI |
|   | 1920 Old Tustin Ave. |
| 4 | Santa Ana, CA 92705 |
|   | Ph: (949) 427-2010 |
| 5 | Fax: (949) 427-2732 |
| 6 | mghidotti@ghidottilaw.com |
| 7 | Attorney for Creditor |
| 8 | U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust, its Successors and Assigns |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO.: 18-41947 |
| | ) | |
| Billy James Phillips, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

1

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On September 27, 2018 I served the following documents described as:

- **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Billy James Phillips<br>2242 East 22nd Street<br>Oakland, CA 94606<br><br>**Debtor's Counsel**<br>Jason Vogelpohl<br>Central Coast Bankruptcy, Inc.<br>532 Pajaro St.<br>Salinas, CA 93901 | **Chapter 13 Trustee**<br>Martha G. Bronitsky<br>P.O. Box 5004<br>Hayward, CA 94540<br><br>**U.S. Trustee**<br>Office of the U.S. Trustee/Oak<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 |
|---|---|

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on September 27, 2018 at Santa Ana, California

/*s / Jeremy Romero*/
Jeremy Romero